Case 14-90015-1-rel Doc 33 Filed 02/04/15 Entered 02/04/15 Page 1 of 2 Desc Main
Case 1:15-cv-00133-GTS Document 1 Filed 02/05/15 Page 5 of 21
Document    Page 1 of 2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In Re: ROBERT A. HILTON,

           Debtor.

Case No. 14-10113
Chapter 13

ROBERT A. HILTON,

           Plaintiff,

-against-

Adv. Proc. No. 14-90015

WELLS FARGO BANK, N.A. AS TRUSTEE FOR
NOMURA ASSET ACCEPTANCE CORPORATION,
ALTERNATIVE LOAN TRUST, SERIES 2005-AP1,

           Defendant.

## NOTICE OF APPEAL

Robert A. Hilton, the Plaintiff, appeals under 28 U.S.C. §158(a) from the Order of the Hon. Robert E. Littlefield, Jr., Chief United States Bankruptcy Judge, entered in this Adversary Proceeding on the 23rd day of January, 2015.

The names of all parties to the Order appealed from and the names, addresses and telephone numbers of their respective attorneys are as follows:

Robert A. Hilton, Plaintiff
Sandra Poland Demars, Esq.
Law Office of Christiaan van Niekerk
202 Union Street
Schenectady, NY 12305
(518) 674-0121

1

10

Wells Fargo Bank, N.A., Defendant
Khardeen I. Shillingford, Esq.
Hinshaw & Culbertson, LLP
800 Third Avenue, 13th Floor
New York, NY 10022

Dated: February 4, 2015

Sandra Poland Demars, Esq.
Law Office of Christiaan van Niekerk
202 Union Street
Schenectady, NY 12305
(518) 528-1375